UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07CR22-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> GEORGE MICHAEL MOORE ) <br> ) <br> PETITION OF DIANNA S. MOORE ) <br> ) | **CONSENT ORDER** <br> **FOR THIRD-PARTY PETITION** |

THIS MATTER is before the Court by consent of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, and petitioner Dianna S. Moore ("petitioner"), pursuant to Fed. R. Crim. P. 32.2(c). The government and petitioner have consented to this order as a final adjudication and settlement of all matters with regard to the following property (the "subject property") covered by the Consent Order and Judgment of Forfeiture, which is a preliminary order with respect to the subject property, filed herein on March 22, 2007:

  p.  Real property consisting of a house at 20741 Lagoona Drive, Cornelius, North Carolina.

The government and petitioner have stipulated and agreed and the Court finds as follows:

1. This consent order shall be deemed to be a timely petition in response to the Consent Order and Judgment and the Court has jurisdiction over the subject property.

2. Defendant George Michael Moore ("defendant") has or had a legal ownership interest in the subject property that is subject to forfeiture under the applicable statutes. Petitioner and the United States agreed that petitioner would sell the property subject to the condition that the value of defendant's forfeitable interest in the property would be paid to the United States from the sale proceeds. The property has been sold pursuant to this agreement.

3. At closing, the sum of $326,678.19 was paid to the government as a substitute res for the subject property and represents the forfeitable interest of defendant in that property. All right, title and interest in this $$326,678.19 is therefore subject to forfeiture to the United States. The preliminary order shall be amended by deleting the subject property, and the government's claim to that asset shall be dismissed.

4. Petitioner hereby releases and forever discharges the United States, its agents, servants and employees, its successors or assigns, and all state or local governmental entities or law enforcement agencies in North Carolina and their agents, servants and employees, their heirs, successors, or assigns, from any and all

actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which petitioner or her heirs, successors, or assigns ever had, now have, or may have in the future in connection with this investigation, seizure, detention, and forfeiture.

IT IS THEREFORE ORDERED THAT:

1. The preliminary order is amended to provide that all right, title and interest in the sum of $326,678.19 is forfeited to the United States for disposition according to law.

2. The preliminary order is amended by deleting the subject property, and the government's forfeiture claim to that property is hereby dismissed with prejudice.

3. Each party shall bear its own costs, including any attorneys fees.

Signed this the 6th day of March, 2008.

FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE

ON MOTION OF AND BY CONSENT OF THE PARTIES:

FOR THE UNITED STATES OF AMERICA:

GRETCHEN C. F. SHAPPERT
United States Attorney

By _____  Date: March 3, 2008
WILLIAM A. BRAFFORD
Assistant United States Attorney

_____  Date: 2-28-08
DIANNA S. MOORE

_____  Date: 2-28-08
PETER E. MCARDLE
ATTORNEY FOR DIANNA S. MOORE

2